# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2023-0083**

Darrion Devaughn Perry v. State of Alabama (Appeal from Jefferson Circuit Court: CC-22-133, CC-22-134, and CC-22-135)

## <u>NOTICE</u>

You are hereby notified that on November 17, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk